

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2016

No. 04-16-00388-CR

Raul Aguero **AYALA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B14466
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

The appellant has filed a pro se notice of appeal, stating that he wishes to appeal the trial court's final judgment of conviction. He also requests counsel be appointed to represent him on appeal. We ABATE this appeal to the trial court. *See Duncan v. State*, 653 S.W.2d 38, 40 (Tex. Crim. App. 1983) (holding that appellate courts may abate appeals so that trial court can assure appellant has effective assistance of counsel). We ORDER the trial court to conduct a hearing and enter findings of fact and conclusions of law on or before July 18, 2016 with respect to the following:

(1)     Is appellant indigent?

(2)     If appellant is indigent, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel.

We further ORDER the trial court clerk to file a supplemental clerk's record containing the trial court's findings of facts and conclusions of law on or before July 27, 2016.  We also ORDER the court reporter to file a supplemental reporter's record of the hearing, along with copies of any documentary evidence admitted, no later than twenty days after the date of the hearing. After the supplemental records are filed, the appeal will be reinstated on the docket of this court.

All appellate deadlines are SUSPENDED pending further orders from this court.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court